## MOTION DOCKET

**95–1792. State ex rel. Colliver v. Indus. Comm.**
Franklin App. No. 94APD05–684. On request for oral argument. Request granted.
F.E. SWEENEY, J., dissents.

**97–2350. State ex rel. Beverly v. Eighth Dist. Court of Appeals.**
In Mandamus. On motion to vacate. Motion denied.

**97–2522. State ex rel. Zolnai v. Indus. Comm.**
Franklin App. No. 96APD08–1101. On motion to dismiss. Motion denied.

**98–30. MCI Telecommunications Corp. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–336–TP–CSS. On motion for leave to intervene of Ameritech Ohio. Motion granted.
RESNICK, J., not participating.

**98–188. State v. Jordan.**
Lucas App. No. L–97–1323. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.
RESNICK, J., not participating.

**98–207. Tanzi v. Nahigian.**
Cuyahoga App. No. 71872. On motion of Patrick J. Murphy to withdraw as counsel. Motion granted.

**98–603. State v. Lance.**
Hamilton App. No. C–970301. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause consolidated with 98–605, *infra*, and held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.